IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br>)<br>      Plaintiff, )<br>) <br>vs. )<br>) <br>TAQUERIA LA PERLA DE JALISCO INC. )<br>and HARTMAN SPE, LLC, )<br>)<br>      Defendants. ) | CIVIL ACTION<br><br>FILE No. 4:19-CV-04839 |

## NOTICE OF SETTLEMENT

Plaintiff, ERIK GARCIA ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, **TAQUERIA LA PERLA DE JALISCO INC. and HARTMAN SPE, LLC**.

Plaintiff and Defendants, **TAQUERIA LA PERLA DE JALISCO INC. and HARTMAN SPE, LLC**., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation to Approve Consent Decree and Dismissal of Defendants with Prejudice once the agreement is finalized. Plaintiff and Defendants request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 1st day of March, 2020.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

1

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 1st day of March, 2020.

/s/Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479