United States District Court
Southern District of Texas
**ENTERED**
March 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-19-4839 |
| § | |
| TAQUERIA LA PERLA DE § | |
| JALISCO, INC., and § | |
| HARTMAN SPE, LLC, § | |
| § | |
| Defendants. § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 2nd day of March 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE