IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 4:19-CV-04839 |
| TAQUERIA LA PERLA DE JALISCO INC. | ) | |
| and HARTMAN SPE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ERIK GARCIA ("Plaintiff") and Defendants, TAQUERIA LA PERLA DE JALISCO INC. and HARTMAN SPE, LLC ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, TAQUERIA LA PERLA DE JALISCO INC. and HARTMAN SPE, LLC, and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 10th day of March, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

*/s/*      Caleb J. Edwards
Caleb J. Edwards
State Bar No. 24109834
Hartman SPE, LLC
2909 Hillcroft, Suite 420
Houston, TX  77057
Tel: (713) 467-2222
cedwards@hi-reit.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2020, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479