United States District Court
Southern District of Texas
**ENTERED**
March 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-4839 |
| | § | |
| TAQUERIA LA PERLA DE JALISCO, INC., and HARTMAN SPE, LLC, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON STIPULATION

The Court is in receipt of the joint Stipulation of Dismissal With Prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), filed March 10, 2020, in which the Parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on March 11, 2020.

_____
Ewing Werlein, Jr.
United States District Judge